## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DARRELL WATSON,**
**ADC #90828**                                                                             **PLAINTIFF**

**v.**                                **4:06CV01322GTE/HLJ**

**AARON LITZSEY**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim.  The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from this Judgment and the accompanying Memorandum and Order dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 13th day of October, 2006.


/s/Garnett Thomas Eisele_____
United States District Judge